1
2
3
4
5
6
7                           NOT FOR CITATION

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
RANDAL LANEY,                    )      No. C 09-05031 JW (PR)
11                               )
                Plaintiff,       )      ORDER OF TRANSFER
12                               )
    vs.                          )
13                               )
                                 )
14  L. WOLCOTT,                  )
                                 )
15              Defendant.       )
                                 )      (Docket Nos. 2, 3 & 4)
16

17       Plaintiff, a prisoner at High Desert State Prison in Susanville, California, has filed

18  a pro se civil rights complaint under 42 U.S.C. § 1983.  A substantial part of the events or

19  omissions giving rise to the claim(s) occurred, and the defendants named reside, in Lassen

20  County, which lies within the venue of the Eastern District of California.  See 28 U.S.C. §

21  84(b).  Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

22       Accordingly, IT IS ORDERED that this action be TRANSFERRED to the United

23  States District Court for the Eastern District of California.  See 28 U.S.C. § 1404(a);

24  Habeas L.R. 2254-3(b).  In light of this transfer, this Court will defer to the Eastern

25  District for a ruling on the pending motions in this matter. (Docket Nos. 2, 3 & 4.)

26       The clerk shall transfer this matter and terminate all pending motions as moot.

27  DATED: _____March 1, 2010_____     _____
                                           JAMES WARE
28                                         United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


RANDAL LANEY,

        Plaintiff,

  v.

L. WOLCOTT,

        Defendant.

                              /

Case Number: CV09-05031 JW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on     3/8/2010    , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Randal Laney K-42861
High Desert State Prison
P. O. Box 3030
Susanville, CA 96127


Dated:     3/8/2010

                              Richard W. Wieking, Clerk
                  /s/  By: Elizabeth Garcia, Deputy Clerk